THE STATE *v.* BROWN.—In error.

INDICTMENT against the defendant for acting as rider in a horse-race on a public highway in *Tippecanoe* county.

On motion of the defendant, the indictment was quashed.

The only objection made to the indictment is, that the *termini* of the highway on which the race was run are not stated.

That objection is not tenable. *The State* v. *Burgett*, at the present term (1).

The judgment is reversed with costs. Cause remanded for further proceedings. Costs here.

(1) See *ante*, p. 479.